IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KASHMAN HARRIS | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SKIPPACK EMERGENCY | : | NO. 21CV1636 |
| MEDICAL SERVICES, INC. | : | |
| Defendant. | | |

O R D E R

AND NOW, TO WIT: This 30th **day of November 2021** it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel. Judge Rice will retain jurisdiction to enforce the terms of the settlement.

                                KATE BARKMAN
                                Clerk of Court


BY:     */s/ Donna Marie Croce*
        Donna Marie Croce
        Deputy Clerk to the
        Honorable Timothy R. Rice
        U.S. Magistrate Judge